THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* JOHN BRENNAN et al., Respondents.

*N. Y. C. & H. R. R. R. Co.* v. *Brennan,* 24 App. Div. 343, affirmed.
(Argued May 22, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 24, 1897, affirming a judgment in favor of defendants entered upon an order of the court at a Trial Term, granting a motion for a nonsuit.

*Frank Hiscock* for appellant.

*William G. Tracy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ. Not sitting: GRAY, J.

---

FRANCIS J. TOBIAS, Appellant, *v.* JOHN P. WIERCK et al., Respondents.

*Tobias* v. *Wierck,* 30 App. Div. 486, affirmed.
(Submitted May 23, 1900; decided June 5, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 10, 1898, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury, and granting a new trial.

*George Welwood Murray* and *Allen W. Johnson* for appellant.

*Henry D. Hotchkiss* and *R. B. Aldcroftt, Jr.,* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.